**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| WILLIE JACKSON,<br><br>                        Plaintiff,<br>    v.<br><br>THE STATE OF NEVADA ex rel. NDOC,<br>*et al.*,<br><br>                        Defendants. | Case No. 3:25-cv-00058-MMD-CLB<br><br>**ORDER** |

On February 10, 2026, the parties participated in a global mediation conference and reached a binding settlement agreement in six cases, including this case. (ECF No. 12.) The agreement was reduced to writing and the terms were recited on the record. (*Id.*) A stipulation to dismiss these six cases with prejudice is due no later than Friday, March 27, 2026. (*Id.*)

The Nevada Department of Corrections ("NDOC") has filed a motion to continue the stay in this case until March 27, 2026—the due date of the stipulation to dismiss. (ECF No. 14.) This motion is granted.

Accordingly, **IT IS ORDERED** that the NDOC's motion to extend the stay in this case (ECF No. 14) is granted.

**IT IS FURTHER ORDERED** that the stay in this case is extended to March 27, 2026.

**IT IS SO ORDERED.**

**DATED**: February 13, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**